UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK CASH ACCOUNT
PENSION PLAN, *et al.*,

                            Plaintiffs,                    19-CV-2400 (JPO)

            -v-                                            ORDER

ORANGE BANK AND TRUST
COMPANY, *et al.*,

                            Defendants.

J. PAUL OETKEN, District Judge:

On December 20, 2019, the parties filed a status letter indicating that a settlement in this

case would be finalized by mid-January.  (Dkt. No. 42.)  There has been no further

communication with the Court.

Accordingly, the parties are directed to (1) file a letter concerning the status of the case or

(2) file a stipulation of dismissal on or before February 17, 2020.

SO ORDERED.

Dated: February 3, 2020
       New York, New York

_____
            J. PAUL OETKEN
        United States District Judge