UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK CASH ACCOUNT
PENSION PLAN, et al.
                Plaintiffs,

-v-

ORANGE BANK AND TRUST
COMPANY, et al.
                Defendants.

19-CV-2400 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 18, 2020, the parties filed a status letter with the Court. (Dkt. No. 44.) In the letter, the parties indicated that they expected the settlement agreement to be finalized and executed at the end of that month. (*Id.*) There has been no further communication with the Court.

Accordingly, the parties shall file either (1) a consent order for this Court's approval or (2) submit a status letter on or before June 15, 2020.

SO ORDERED.

Dated: May 15, 2020
      New York, New York

_____
J. PAUL OETKEN
United States District Judge